# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JACK ORLANDO JOHNSON, | Case No. CV 19-07485-VBF (PD) |
|---|---|
| Plaintiff, | **ORDER ACCEPTING FINAL REPORT RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| J. MILSON, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, and the Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

1      IT IS THEREFORE ORDERED that Defendant's motion to dismiss
2 Plaintiff's First Amended Complaint is granted and the action is dismissed
3 without prejudice.

5  DATED: October 26, 2020       /s/ Valerie Baker Fairbank

                                         VALERIE BAKER FAIRBANK
                                         UNITED STATES DISTRICT JUDGE