JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ORLANDO JOHNSON, | Case No. CV 19-07485-VBF (PD) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. MILSON, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed without prejudice.

DATED: October 26, 2020                    /s/ Valerie Baker Fairbank
                                           _____
                                           VALERIE BAKER FAIRBANK
                                           UNITED STATES DISTRICT JUDGE